UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL WENDELL NICKELSON,

                Plaintiff,

-against-

NYPD 40TH PRECINCT, et al.,

                Defendants.

25cv4711 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 9, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: June 10, 2025
       New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                         Chief United States District Judge